286 

### R. L. Feltinton, Appellee, v. John J. Rudnik et al., Appellants.

Gen. No. 44,707. 

opinion filed April 4, 1949; rehearing denied April 25, 1949; released for publication May 17, 1949. Joseph F. Mirabella and Peter J. Arne, for appellants; Ode L. Rankin, of counsel; Aaron Soble, for appellee. Opinion of PRESIDING JUSTICE FEINBERG. Not to be published in full.